**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed September 3, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00541-CV

---

### IN RE MATTHEW WALTER MAHONEY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-45711**

---

## MEMORANDUM OPINION

On June 23, 2015, relator Matthew Walter Mahoney filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Schmude, presiding judge of the 247th District Court of Harris County, to set aside the underlying contempt order. The trial court suspended relator's commitment and he is not confined.

We are unable to consider relator's petition for writ of habeas corpus because our habeas jurisdiction extends solely to situations in which a relator's restraint of liberty arises from a violation of an order, judgment, or decree of a court or judge in a civil case. *See* Tex. Gov't Code § 22.221(d).

Therefore, we dismiss relator's petition for writ of habeas corpus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.